UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* STATE OF GEORGIA, *ex rel.* <br><br>RICHARD BARKER, <br><br>    Plaintiffs, <br><br>v. <br><br>COLUMBUS REGIONAL HEALTHCARE SYSTEM, THE MEDICAL CENTER, JOHN B. AMOS CANCER CENTER, REGIONAL ONCOLOGY, LLC, and ANDREW W. PIPPAS, M.D. <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | FILED UNDER SEAL <br>Case No. 4-14-CV-304 <br>(CDL) |

## ORDER OF DISMISSAL

Pursuant to the Motion for Dismissal filed by the United States and Relator, and the United States having represented that such dismissal is in the best interests of the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. All claims in this action against defendants under the False Claims Act, 31 U.S.C. §§ 3729-3733, are dismissed with prejudice and this order of dismissal is a judgment on all such claims; and

2. the Court shall retain jurisdiction over Relator's claim to a share of the proceeds of this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(d).

**IT IS SO ORDERED**,

This 4th day of September, 2015.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                CHIEF U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA