IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* )<br>STATE OF GEORGIA, *ex rel.* )<br>)<br>RICHARD BARKER, )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>COLUMBUS REGIONAL HEALTHCARE )<br>SYSTEM, THE MEDICAL CENTER, )<br>JOHN B. AMOS CANCER CENTER, and )<br>REGIONAL ONCOLOGY, LLC, )<br>)<br>      Defendants. | CIVIL ACTION NO.<br><br>**Case No. 4:14-CV-304 (CDL)** |

## ORDER

Pursuant to the Motion for Dismissal filed by the State of Georgia and Relator, and the State of Georgia having represented that such dismissal is in the best interests of the State, pursuant to Fed. R. Civ. P. 41(a)(2) and the *qui tam* provisions of the Georgia False Medicaid Claims Act, O.C.G.A § 49-4-168(b):

IT IS ORDERED that with regard to the state law claims the Complaint is dismissed as follows:

    1.    with prejudice as to the Relator;

    2.    with prejudice as to all claims of the State of Georgia that are contained within the State Covered Conduct (as that term is used in the Settlement Agreement);

    3.    without prejudice as to all claims of the State of Georgia that are not within the State Covered Conduct (as that term is used in the Settlement Agreement);

2

4.      the Court shall retain jurisdiction over Relator's claim to a share of the proceeds of this action, pursuant to O.C.G.A. § 49-4-168.2(i).

SO ORDERED this 4th day of September, 2015.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA