IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | | |
| STATE OF GEORGIA *ex rel.* | : | Case Nos.:  4-12-CV-108(CDL) |
| RICHARD BARKER | | 4-14-cv-304(CDL) |
|     PLAINTIFF/RELATOR | : | |
| V. | : | |
| COLUMBUS REGIONAL | : | |
| HEALTHCARE SYSTEM, | | |
|     DEFENDANT. | : | |

### RELATOR'S MOTION FOR AWARD OF RELATOR'S SHARE

The Relator, Richard Barker, respectfully moves pursuant to the False Claims Act, 31 U.S.C. § 3730(d), for the Court to determine the appropriate relator's share to be awarded to him in this case. A Memorandum Of Law describing Mr. Barker's contributions and those of his counsel is filed herewith.

    Respectfully submitted,

                          /s/_Jamie M. Bennett
                          Jamie M. Bennett, Esq

                          Bennett Law Firm

                          8 Creek Side Court

                          Middle River, Md. 21229

                          443-844-4629

                          jbennettlawfirm@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2015, I electronically filed the foregoing Motion For Relator's Share with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

      s/_Jamie M. Bennett
      Jamie M. Bennett, Esq.